■ FLEET FACTORS CORP., Appellant, v BANDOLENE INDUSTRIES CORP. et al., Defendants, and CAMBRIA FUEL OIL CO., INC., Respondent. [616 NYS2d 254] —Appeal by the plaintiff from

an order of the Supreme Court, Nassau County (Joseph Goldstein, J.), entered August 13, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Goldstein at the Supreme Court. Bracken, J. P., Sullivan, Miller and Krausman, JJ., concur.